In the Matter of GEORGE ZOVICH, Appellant, against EDWARD W. EATON, County Judge of Tioga County, et al., Respondents.

Submitted July 29, 1941; decided July 29, 1941.

*George Zovich,* in person, for motion.

No one opposed.

Motion denied on the ground appeal lies as of right and upon such appeal the same will be heard on typewritten papers.